UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ASHOOK RAMSARAN,

                Plaintiff,

-against-

THOMAS ABRAHAM; SUNNY KULATHAKAL;
RAM GADHAVI; APN NEWS; TEHELKA
NEWS; AND DNA NEWS.

                Defendants.
------------------------------------------------------------X

NO.: 1:15-cv-10182

**STIPULATION EXTENDING DEFENDANT ABRAHAM'S TIME TO RESPOND TO THE COMPLAINT**

    IT IS HEREBY STIPULATED AND AGREED that the time for defendant Thomas Abraham to appear and answer or otherwise respond with relation to the complaint in this action, be and the same is hereby extended to and including the date: Wednesday, March 23, 2016.

    This Stipulation may be executed in counterparts and exchanged via email PDF format, which shall be treated as originals for all purposes.

Dated: New York, New York
        February 17, 2016

**NICHOLAS LOAKNAUTH, Esq.**

By: _____
Nicholas Loaknauth, Esq.
347 5th Avenue
Suite 1402-411
New York, NY 10016
Tel: (212) 641-0745
Fax: (718) 301-1247

**THE LAW OFFICES OF MEGHA BHOURASKAR, P.C.**

By: _____
Megha Bhouraskar, Esq.
139 Fulton Street, Suite 902
New York, New York 10038
Tel: (212) 571-1770
Fax: (212) 571-1771

SO ORDERED:

February 23, 2016

_____
J. PAUL OETKEN
United States District Judge