UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ASHOOK RAMSARAN,                                    **NOTICE OF APPEARANCE**

                      Plaintiff,                     Index No.: 1:15-cv-10182

    -against-

THOMAS ABRAHAM, SUNNY KULATHAKAL,
RAM GADHAVI, APN NEWS, TEHELKA NEWS,
AND DNA NEWS,

                      Defendant.
------------------------------------------------------------------X

**To the Clerk of this Court and all parties of record:**

    Please enter my appearance as lead and notice counsel in this case for:

    1. Ram Gadhavi

    I certify that I am admitted to practice in this Court.

Dated: New York, New York
       May 25, 2016

                                        Respectfully Submitted,

                                        **MARKS, O'NEILL, O'BRIEN,
                                        DOHERTY & KELLY, P.C.**

                                        _____
                                        Karen M. Lager (KL-2917)
                                        Attorneys for Defendant
                                        **RAM GADHAVI**
                                        708 Third Avenue
                                        Suite 2500
                                        New York, New York 10017
                                        (212) 967-0080
                                        File No.: 081.101576

{NC081570.1}

**ROBERT A. STRANIERE, ESQ.**
Co-Counsel for Plaintiff
**ASHOOK RAMSARAN**
300 East 57th Street
New York, New York 10022
(917) 880-7303

**THE LAW OFFICE OF NICHOLAS LOAKNAUTH, ESQ**
Co-Counsel for Plaintiff
**ASHOOK RAMSARAN**
1460 Broadway
New York, New York 10016.
 (212) 641-0745

**THE LAW OFFICES OF MEGHAN D. BHOURASKAR, P.C.**
Attorney for Defendant
**THOMAS ABRAHM**
139 Fulton Street
Suite 902
New York, New York 10038
(212) 571-1770

**APN NEWS**
Level 4, 100 William Street
Sydney NSW 2011, Australia

**TEHELKA NEWS**
M-76, Second Floor, M-Block Market
Greater Kailash Part 2, New Delhi 110048, India

**DNA NEWS**
**DILIGENT MEDIA CORPORATION LTD.**
11th Floor, Tower 3
India Bulls Finance Centre
Senapati Bapat Marg
Elphinstone (West), Mumbai 400 013, India

**SUNNY KULATHAKAL**
c/o Biju G. Kulathakal
211 E. Ohio Street, Apt 603
Chicago, IL 60611

{NC081570.1}