UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
ASHOOK RAMSARAN,                               :     Case No. 15-CV-10182 (JPO)
                                               :
                   Plaintiff,        :     **ORDER FOR ADMISSION**
                                               :          **PRO HAC VICE**
                                               :
     - against -                            :
                                               :
THOMAS ABRAHAM; SUNNY KULATHAKAL;:
RAM GADHAVI; APN NEWS; TEHELKA                 :
NEWS; and DNA NEWS,                            :
                                               :
                 Defendants.       :
                                               :
---------------------------------------------------------------x

      The motion of Ashley L. Tate for admission to practice Pro Hac Vice in the above captioned action is granted.

      Applicant has declared that she is a member in good standing of the bars of the states of New York and California; and that her contact information is as follows:

Ashley L. Tate, Esq.
ROSOFF, SCHIFFRES & BARTA
11755 Wilshire Blvd., Suite 1450
Los Angeles, CA  90025
t| (310) 479-1454
f| (310) 478-1439
atate@rsblaw.com

      Applicant having requested admission Pro Hac Vice to appear for Diligent Media Corporation Limited, erroneously sued as DNA News, in the above entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June __, 2016                              _____

                                                  United States District / Magistrate Judge