UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
ASHOOK RAMSARAN,                                Index No.: 1:15-cv-10182

                Plaintiff,                **NOTICE OF MOTION TO**
                                                **DISMISS PLAINTIFF'S**
     -against-                                 **COMPLAINT**

THOMAS ABRAHAM, SUNNY KULATHAKAL,
RAM GADHAVI, APN NEWS, TEHELKA NEWS,
AND DNA NEWS,

                Defendant.
----------------------------------------------------------------- X

      **PLEASE TAKE NOTICE**, that upon the pleadings served in this action, the herein Notice of Motion, dated June 24, 2016, the accompanying Memorandum of Law dated June 24, 2016, and upon all prior pleadings and proceedings had herein, the Defendant, **RAM GADHAVI** ("moving Defendant"), will move this court, before the Honorable Paul Oetken, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York, as soon as counsel may be heard, for an Order: (i) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for dismissal of the Plaintiff's Complaint as against the moving Defendant; and (ii) for such other and further relief as the Court may deem just and proper.

{NC083178.1}

PLEASE TAKE FURTHER NOTICE, that pursuant to Rule 6 of the Federal Rules of Civil Procedure, and Rules 6.1 and 6.4 of the Local Rules of the United States Court for the Southern District of New York, any opposing affidavits and answering memoranda shall be served upon the undersigned no later than July 8, 2016.

Dated: New York, New York
       June 24, 2016

_____
Karen M. Lager

**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**
Attorneys for Defendant,
**RAM GADHAVI**
708 Third Avenue
Suite 2500
New York, New York, 10017
Tel. No.: 212-967-0080
File No.: 0081.101576

TO:

**ROBERT A. STRANIERE, ESQ.**
Co-Counsel for Plaintiff
**ASHOOK RAMSARAN**
300 East 57th Street
New York, New York 10022
(917) 880-7303

**THE LAW OFFICE OF NICHOLAS LOAKNAUTH, ESQ**
Co-Counsel for Plaintiff
**ASHOOK RAMSARAN**
1460 Broadway
New York, New York 10016.
 (212) 641-0745

{NC083178.1}

**THE LAW OFFICES OF MEGHAN D. BHOURASKAR, P.C.**
Attorney for Defendant
**THOMAS ABRAHM**
139 Fulton Street
Suite 902
New York, New York 10038
(212) 571-1770

**APN NEWS**
Level 4, 100 William Street
Sydney NSW 2011, Australia

**TEHELKA NEWS**
M-76, Second Floor, M-Block Market
Greater Kailash Part 2, New Delhi 110048, India

**ROSSOFF, SCHIFFRES & BARTA**
Attorney for Defendants
**DNA NEWS**
**DILIGENT MEDIA CORPORATION LTD.**
11755 Wilshire Blvd., Suite 1450
Los Angeles, CA 90025

**SUNNY KULATHAKAL**
c/o Biju G. Kulathakal
211 E. Ohio Street, Apt 603
Chicago, IL 60611