# LAW OFFICES OF MEGHA D. BHOURASKAR, P.C.

*Attorney and Counselor at Law*
139 Fulton Street, Suite 902
New York, NY 10038
Tel: (212) 571-1770
Fax: (212) 571-1771
megha@mdblawoffices.com

---

**MEMO ENDORSED**

August 13, 2018

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FI
DOC #:
DATE FILED: 8/14/16
```

Honorable Barbara Moses, USMJ
Southern District of New York
500 Pearl Street, Courtroom 20A
New York, New York 10007

Re: **Ashook Ramsaran v. Thomas Abraham, et al.**
    **Civil Action No.: 1:15-CV-10182**

Dear Judge Moses:

As per the last docket entry, on July 6, 2018, an adjournment of the conference before Your Honor was adjourned "Sine Die".

However, Your Honor's Law Clerk called our office, referring to a previous scheduled Conference of August 15, 2018 at 2:15pm [docket entries #118-119].

This letter is to: (a) respectfully request an adjournment of the August 15, 2018 conference date if it is still scheduled and (b) to inform the Court that the parties have reached an agreement and terms for Settlement and that the Settlement Agreement is currently being circulated for final revision and signatures and that this matter is expected to be settled shortly. Also attached is a Stipulation between counsel for the parties.

Respectfully yours,

MEGHA BHOURASKAR

MB/jh

> On July 6, the District Judge adjourned his July 19 status conference. The parties now request an adjournment of the August 15 settlement conference before Judge Moses. The application is GRANTED. The settlement conference previously scheduled for August 15, 2018 is adjourned sine die. SO ORDERED.
>
> Barbara Moses, U.S.M.J.
> August 14, 2018